# Third District Court of Appeal

## State of Florida

Opinion filed December 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0922
Lower Tribunal No. 19-22963
_____

**SafePoint Insurance Company**,
Appellant,

vs.

**Sonia Schnepel, a/k/a Sonia Miller**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Bickford & Chidnese, LLP, and Patrick M. Chidnese (Tampa), for appellant.

Alvarez, Feltman, Da Silva & Costa, PL, and Paul B. Feltman, for appellee.

Before LOGUE, C.J., and EMAS and SCALES, JJ.

PER CURIAM.

Affirmed. See Ifergane v. Citizens Prop. Ins. Corp., 232 So. 3d 1063, 1065 (Fla. 3d DCA 2017) (noting that if Citizens' letter to its insured "was a denial of coverage letter, then as a matter of law, Citizens waived any right it had to enforce the insured's post-loss conditions . . . .") (citing Wegener v. Int'l Bankers Ins. Co., 494 So. 2d 259, 259 (Fla. 3d DCA 1986) (concluding as a matter of law that "the effect of the ... repudiation of coverage was to waive any right to insist upon the insureds' ... compliance with the various conditions to recovery") and Castro v. Homeowners Choice Prop. & Cas. Ins. Co., 228 So. 3d 596, 599 (Fla. 2d DCA 2017) ("When an insurance carrier investigates a claim of loss and denies coverage because it concludes that a covered loss has not occurred, the insurance carrier cannot assert the insured's failure to comply with the policy's conditions precedent to filing suit as a basis for summary judgment."))